```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  ANN LUOTTO WOLF
    Assistant United States Attorney
 6  California State Bar No. 137163
         United States Courthouse
 7       411 West Fourth Street, Suite 8000
         Santa Ana, California  92701
 8       Telephone:  (714) 338-3533
         Facsimile:  (714) 338-3708
 9       Email:      Ann.Wolf@usdoj.gov

10  Attorneys for Plaintiff
    United States of America

11

12                 UNITED STATES DISTRICT COURT

13            FOR THE CENTRAL DISTRICT OF CALIFORNIA

14                       SOUTHERN DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>        v.<br><br>REAL PROPERTY IN GARDEN GROVE,<br>CALIFORNIA,<br><br>             Defendant.<br>_____<br><br>ZNC PLAZA, INC.; EVERTRUST<br>BANK; AGSTAR FINANCIAL<br>SERVICES; JONG OCK MAO; PLAZA<br>SUNSET INVESTMENTS, LP; ZNC<br>ENTERPRISES, LLC; JONG'S<br>CONSULTING, INC.; WASHINGTON<br>MUTUAL BANK; and MORTGAGE<br>ELECTRONIC REGISTRATION<br>SYSTEMS, INC., and EDWARD LUTT,<br><br>             Claimants.<br>_____<br><br>AND CONSOLIDATED ACTIONS.<br>_____ | NO.  SACV 06-378-AHS (MLGx)<br>[AND THE FOLLOWING<br>CONSOLIDATED ACTIONS:<br>SACV 06-384-AHS (MLGx)<br>SACV 06-387-AHS (MLGx)<br>SACV 06-388-AHS (MLGx)<br>SACV 06-392-AHS (MLGx)<br>**CV 06-2210-AHS (MLGx)**<br>CV 06-2212-AHS (MLGx)<br>CV 06-2216-AHS (MLGx)<br>CV 06-2217-AHS (MLGx)<br>CV 06-5081-AHS (MLGx)<br>CV 07-167-AHS (MLGx)<br><br>**[**<br>**CONSENT JUDGMENT**<br><br>[This document pertains to<br>**CV 06-2210, only,** and is<br>being lodged concurrently<br>with a proposed consent<br>judgment in Real Property in<br>La Puente, ~~CV 06-2212; Real~~<br>~~Property~~ in Paramount, ~~CV~~<br>~~06-2217; and $46,050.~~41, et<br>al., CV 07-16~~7; the two~~<br>~~consent~~ judgments resolve<br>and dispose of the remainder<br>of the consolidated actions] |

On April 11, 2006, plaintiff United States of America ("plaintiff" or the "government") commenced a forfeiture action against a parcel of real property located in Las Vegas, Nevada (the "Las Vegas property action").  [See <u>United States v. Real Property in Las Vegas, Nevada</u>, CV 06-2210-AHS (MLGx).]  In that action, as in all of the consolidated cases, the government alleges that the defendant property was purchased with proceeds of violations of the Travel Act, 18 U.S.C. § 1952(a), rendering it subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C).

On May 12, 2006, claimant Edward Lutt ("claimant") filed a statement of interest in the Las Vegas property action.  No other claims, statements of interest, or answers have been filed, and the time for filing claims, statements, and answers has expired.

The government and claimant have agreed to settle the Las Vegas property action and to avoid further litigation.

The Court having been duly advised of and having considered the matter, and based upon the mutual consent of plaintiff and claimant,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1.   This Court has jurisdiction over the Las Vegas property action pursuant to 28 U.S.C. §§ 1345 and 1355.

2.   The Complaint for Forfeiture states claims for relief pursuant to 18 U.S.C. § 981(a)(1)(C).

3.   Notice of the action has been given as required by law. Claimant filed the only claim, statement of interest, or answer in the Las Vegas property action.  Claimant is relieved of his duty to file an answer in the action.  The Court deems that all

/ / /

other potential claimants admit the allegations of the Complaint
for Forfeiture to be true.

    4.   Claimant agrees to forfeiture as set out below, and a
judgment of forfeiture is hereby entered in favor of the United
States:

        (A)   The Las Vegas property shall be and hereby is
        forfeited to the United States of America, and no other
        right, title, or interest shall exist therein.   The Las
        Vegas property is located at 316 Challas Street, Las Vegas,
        Nevada, 89110, and is more particularly described as
        follows:
        Lot sixteen (16) in Block one (1) of Metropolitan Park
        No. 16 as shown by Map thereof on file in Book 20 of
        Plats, Page 95, in the Office of the County Recorder of
        Clark County, Nevada.

            (1)   The Recorder for Clark County, Nevada, shall
            index this judgment in the grantor index under the name
            of Edward Lutt and in the grantee index under the name
            of the United States of America.

            (2)   Title having vested in plaintiff United
            States of America, the United States shall proceed to
            dispose of the Las Vegas property in accordance with
            the law.   Upon disposition of the property, and
            following deduction of costs incurred by the Department
            of Homeland Security -- U.S. Customs and Border
            Protection and payment of unpaid real property taxes
            assessed against the Las Vegas property up to the date
            of entry of Judgment of Forfeiture, the remaining

3

1    proceeds generated by the disposition of the Las Vegas

2    property shall be deposited in accordance with the law.

3    5.   Claimant will execute further documents, to the extent

4    necessary, to convey clear title to the Las Vegas property and to

5    further implement the terms of this Consent Judgment.

6    6.   The parties waive the redacting and sealing

7    requirements of L.R. 79-5.4.

8    7.   Claimant hereby releases the United States of America,

9    its agencies, officers, and employees, including employees of the

10   Department of Homeland Security, Immigration and Customs

11   Enforcement, the Internal Revenue Service -- Criminal

12   Investigation Division, and the Department of Homeland Security -

13   U.S. Customs and Border Protection, and local law enforcement

14   agencies, their agents, officers, and employees, from any and all

15   claims, actions, or liabilities arising out of or related to this

16   action, including, without limitation, any claim for attorneys'

17   fees, costs, or interest on behalf of claimant, whether pursuant

18   to 28 U.S.C. § 2465 or otherwise.

19   8.   The Court finds that there was reasonable cause for the

20   institution of these proceedings against the Las Vegas property.

21   This judgment shall be construed as a certificate of reasonable

22   cause pursuant to 28 U.S.C. § 2465.

23   DATED:  March 27, 2009.

24   ALICEMARIE H. STOTLER
     _____
     THE HONORABLE ALICEMARIE H. STOTLER
25   UNITED STATES DISTRICT JUDGE

26   / / /

27   / / /

28   / / /

4

<u>CONSENT</u>

The government and claimant consent to judgment and waive any right of appeal.

DATED:  February ___, 2009       THOMAS P. O'BRIEN
                                 United States Attorney
                                 CHRISTINE C. EWELL
                                 Assistant United States Attorney
                                 Chief, Criminal Division
                                 STEVEN R. WELK
                                 Assistant United States Attorney
                                 Chief, Asset Forfeiture Section


                                 _____
                                 ANN LUOTTO WOLF
                                 Assistant United States Attorney

                                 Attorneys for Plaintiff
                                 United States of America

DATED:  January ___, 2009


                                 _____
                                 EDWARD LUTT, Claimant